FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 21 2020

MITCHELL R. ELFERS
CLERK

CLAYTON W WHITEHEAD
Full Name/Prisoner Number

185 Dr MICHAEL JENKINS CLAYTON NM. 88415 or P.O. BOX 155 Tularosa NM. 88352
Complete Mailing Address

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 20cv1087 KWR/KK
(To be supplied by the Court)

CLAYTON WADE WHITEHEAD 83771
_____, Plaintiff(s),

Full name(s) and prisoner number(s)
(Do not use *et al.*)

v.

TIMOTHY GARCIA - OTERO COUNTY DETENTION CENTER
_____, Defendant(s).
(Do not use *et al.*)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. CLAYTON W WHITEHEAD is a citizen of NEW MEXICO who
   (Plaintiff)                                (State)
presently resides at 185 DR MICHAEL JENKINS, CLAYTON NM 88415
                    (mailing address or place of confinement)

2. Defendant TIMOTHY GARCIA is a citizen of NEW MEXICO
            (name of first defendant)                (State)
whose address is 1958 DR MIKJR ALAMOGORDO NM 88310 OTERO COUNTY DETENTION CENTER
and who is employed as C.O. OTERO COUNTY DETENTION CENTER At the time the claim(s)
                      (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
✓ Yes  ☐ No. If your answer is "Yes," briefly explain:
_____
_____

3. Defendant <u>OTERO COUNTY DETENTION CENTER</u> is a citizen of <u>NM</u>
    (name of second defendant)                                    (State)

whose address is <u>1958 DR MLK JR DRIVE ALAMOGORDO 88310</u>

and who is employed as _____. At the time the claim(s)
                         (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
__✓__Yes  ____No.  If your answer is "Yes," briefly explain:

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

(CHECK ONE OR BOTH:)
____ Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for federal defendants).
____ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

## B. NATURE OF THE CASE

**BRIEFLY** state the background of your case. I the Defendant was exposed to A wanton excessive use of force in violation to THE 8th Amendment and the 14th Amendment. When officer Timothy, Garcia very forcefully kicked me even after complying with his orders. See Aditinal page

## C. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: I Clayton W Whitehead was exposed to wan ton Exessive use of force, cruel and unusual punishment in violation to the 8th Amendment and 14th Amendment

2

**Claim III:** _____

_____

Supporting Facts:

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ✓ Yes ___ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

      Plaintiff(s): CLAYTON W. WHITEHEAD.

      Defendant(s): TIMOTHY GARCIA, OTERO COUNTY DETENTION CENTER

   b. Name and location of court and docket number _____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) Still pending

   d. Issues raised: Excessive use of force, Assault, Cruel unusual punishment

   e. Approximate date of filing lawsuit: 11:028/20/20 12th Judicial District court

   f. Approximate date of disposition: Still pending    N/A

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ✓ Yes ___ No.

If your answer is "Yes," briefly describe how relief was sought and the results. I filed formal and informal complaint of the matter I was never answered or no remidy

3. I have exhausted available administrative remedies. ✓ Yes ___ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted. the proof of exaustion is in my Criminal case file of the charges I recieved in incedent, James Walker was my Attorney in the criminal case

4

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _____
_____
_____

Supporting Facts:

## B. NATURE OF THE CASE

On, November 15, 2018, at The Otero County Detention Center. 1958 Dr MLK JR Dr Martin Luther King JR Alamogordo N.M. 88310 I was Assaulted by officer Timothy Garcia. While being prepared for court. There is video footage from the Otero County Detention Center that shows me being totaly compliant and non combative. Officer Garcia kicked my knee very forcefully after I told him I could not spread my legs any wider. HE Then took me to the Ground and TAZed m continuously for about 30 seconds. I never gave officer Garcia any reason to do this to me. I sufferd injuries that were later that day Addressed. At the hospital as well as extreem perminat Damage Done to my legal record as well as extream physical, mental and Emotmal loss due to this incedent. I believe Timothy Garcia and Otero County Detention Center Should be held accountible for my loss.

C CAUSE OF ACTION
Claim I

On, November 15, 2018. At the Otero County Detention Center. 1958 Dr Martin luther King JR Dr. Alamogordo N.M. 88310. I was assaulted by officer Timothy Garcia. while being prepared for court. There is video from the otero County Detention Center that showes me being totaly compliant and non combative. Officer Garcia kicked my left knee very fercefully after I told him I could not spread my legs any wider. After he kicked me he took me to the ground and Tazed me for about 30 seconds. I never gave officer Garcia any reason to do this to me. I suffered injuries that were later Addressed at the hospital. I Also sufferd sever damage to my Criminal record as well as extreem physical, mental and Emotional loss due to this incedent. I believe Timothy Garcia and the otero County Detention center should be held accountable for this loss

## E. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

   a. Parties to previous lawsuit:

      Plaintiff(s): CLAYTON W WHITEHEAD

      Defendant(s): TIMOTHY GARCIA, OTERO COUNTY DETENTION CENTER

   b. Name and location of court and docket number 12th Judicial COURT OTERO COUNTY, 8/20/2020 11:02 AM D-1215-CV-2020-628

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit: 8/20/2020

   e. Approximate date of disposition: Still pending

2. Are you in imminent danger of serious physical injury? ___ Yes  ✓ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G. REQUEST FOR RELIEF

I request the following relief: I am Requesting $2,500,000.00 for damages done to my Criminal record and to my physical, mental and Emotional health.

5

| Prisoner's Original Signature | Original signature of attorney (if any) |
|---|---|
| *Clayton Whitehead* | |
| | _____ |
| | _____ |
| | _____ |
| | Attorney's full address and telephone |

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at NENM DF Clayton NM 88415 on 10/13/2020
(location)                                        (date)

*Clayton Whitehead*
Prisoner's Original Signature

6

Clayton W. Whitehead 83771
185 pr Michael Jenkins Rd
Clayton NM. 88415

legal

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 21 2020

MITCHELL R. ELFERS
CLERK

U.S. District Court
333 Lomas Blvd NW Ste. 270
Albuquerque NM 87102

NEOPOST 10/19/2020 US POSTAGE $002.2