CLAYTON WHITEHEAD                                      11/15/2020

Plaintiff

vs                    IN UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT COURT OF NEW MEXICO
TIMOTHY GARCIA, et al           NO. CV20-001087 KWR/KK

Defendants

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 19 2020

MITCHELL R. ELFERS
CLERK

## MOTION TO SHOW CAUSE

I Clayton Whitehead recieved the order to make payments or show cause. I am writing to inform the courts that the $2000-3500 a week that I recieve from my Grandmother Mary Jo Sawyer is a gift to help me sustaine living here in prison I need it to buy Groceries and Hygene and writing supplies because the prison rarely provides such things. It is the only assistance I recieve from anybody I feel it is quite burdensom to have to pay 20% of a gift that helps me to maintain in prison. If I was not incarcerated and had other means of paying I would be able to make payments or pay the whole fee no problem.

× Clayton Whitehead 83771

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLAYTON WADE WHITEHEAD,

      Plaintiff,

vs.                                           No. CV 20-001087 KWR/KK

TIMOTHY GARCIA, et al.,

      Defendants.

### ORDER GRANTING LEAVE TO PROCEED
### PURSUANT TO 28 U.S.C. § 1915(b),
### AND TO MAKE PAYMENTS OR SHOW CAUSE

      This matter is before the Court on the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed by Plaintiff Clayton Wade Whitehead. (Doc. 2). Based on analysis of his Prisoner's Motion and the inmate account statement (Docs. 2, 4), the Court grants Plaintiff leave to proceed under 28 U.S.C. § 1915(a) and (b). Because the Court grants the application, the filing fee for this civil rights complaint is $350.00. Pursuant to § 1915(b)(1), Plaintiff is required to make installment payments until the full amount of the filing fee is paid.

      Plaintiff's inmate account statement shows total deposits over the six-month period preceding filing in the amount of $1,196.30 and average monthly deposits in the amount of $199.38. (Doc. 4). Analyzing Plaintiff's inmate account statement (Doc. 4) under § 1915(b)(1), the Court finds that Plaintiff owes an initial partial payment of $39.88 (20% of $199.38). If Plaintiff fails to make a payment by the designated deadline or show cause why such payment should be excused, the civil rights complaint may be dismissed without further notice.

      IT IS THEREFORE ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed by Plaintiff Clayton Wade Whitehead (Doc. 2) is GRANTED;

1

IT IS FURTHER ORDERED that, within thirty (30) days of entry of this Order, Plaintiff send to the Clerk an initial partial payment of $39.88 or show cause why payment should be excused;

IT IS FURTHER ORDERED that the Clerk is directed to provide Plaintiff with two copies of this Order, and that Plaintiff make the necessary arrangements to attach one copy of this Order to the check in the $39.88 amount of the initial partial payment;

IT IS FINALLY ORDERED that, after payment of the $39.88 initial partial fee, Plaintiff make monthly payments of twenty per cent (20%) of the preceding month's income credited to his account or show cause why the designated payments should be excused.

*Kirtan Khalsa*
UNITED STATES MAGISTRATE JUDGE

From:
165 Dr Michael Jenkins
Clayken NM 88415

legal

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 19 2020
MITCHELL R. ELFERS
CLERK

NEOPOST
11/18/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 88415
041M11460408

To:
Kirtan Khalsa
United States District Court
District of New Mexico
Office of the Clerk
Suit 270 333 Lomas Blvd NW
Albou, New Mexico 87102